IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 14-1526 |
| v. | ) ) | Judge Cathy Bissoon |
| TOSHIBA CORPORATION, *et.al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

The parties' Joint Motion to Stay Deadlines (Doc. 55) is GRANTED as follows: This case hereby is **STAYED** pending ongoing mediation efforts. For the duration of the stay, this case is and shall remain **ADMINISTRATIVELY CLOSED**. Administrative closings comprise a familiar way in which courts remove cases from their active files without final adjudication. Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004) (citation and internal quotations omitted). Administrative closure is a docket control device used by the Court for statistical purposes, and it does not prejudice the rights of the parties in any manner. Honig v. Comcast of Georgia I, LLC, 537 F. Supp.2d 1277, 1290 n.8 (N.D. Ga. 2008).

As and when appropriate, any party may restore this action to the Court's active calendar upon application or by motion. *See* In re Arbitration Between Philadelphia Elec. Co. v. Nuclear Elec. Ins., Ltd., 845 F. Supp. 1026, 1028 (S.D.N.Y. 1994) (holding same).

Consistent with the foregoing, the parties' pending motions (Docs. 45, 48) are DENIED without prejudice to refiling, if appropriate, should the case be reopened.

IT IS SO ORDERED.


November 4, 2015                                              s\Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record