UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA OF CANADA, LTD., <br><br> Defendants. | Civil Action No. 2:14-cv-01526-CB <br><br> Judge Cathy Bissoon |

## JOINT MOTION TO STAY LITIGATION

The parties hereby respectfully request that the Court stay proceedings in this case in view of a negotiated resolution, which upon certain performance is expected to resolve all issues in this case. The parties seek a stay to allow time to accommodate the performance, upon which the case can be dismissed with prejudice. Therefore, the parties respectfully request that the Court stay or administratively close this case for at least two months.

**Dated**: April 4, 2017

BY: /s/ *Tigran Vardanian*
John W. McIlvaine (PA ID No. 56773)
Christian D. Ehret (PA ID No. 311984)
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
T: (412) 471-8815
F: (412) 471-4094
jmcilvaine@webblaw.com
cehret@webblaw.com

BY: /s/ *Hector G. Gallegos*
Henry M. Sneath (PA I.D. No. 40559)
Robert L. Wagner (PA I.D. No. 308499)
PICADIO SNEATH MILLER & NORTON, P.C.
Four Gateway Center
444 Liberty Avenue, Suite 1105
Pittsburgh, PA 15222
T: (412) 288-4000
F: (412) 288-2905
hsneath@psmn.com
rwagner@psmn.com

David C. Radulescu, Ph.D.
Tigran Vardanian
Etai Lahav
Robin M. Davis
Jonathan A. Auerbach
Michael Sadowitz
RADULESCU LLP
The Empire State Building
350 Fifth Ave., Suite 6910
New York, NY 10118
T: (646) 502-5950
F: (646) 502-5959
David@RadIp.com
Tigran@RadIP.com
Etai@RadIP.com
Robin@RadIP.com
Jonathan@RadIP.com
Mike@RadIP.com

***Counsel for Plaintiff***

Hector G. Gallegos
Charles S. Barquist
MORRISON & FOERSTER LLP
707 Wilshire Boulevard  Suite 6000
Los Angeles, CA 90017-3543
T: (213) 892-5200
F: (213) 892-5454
hgallegos@mofo.com
cbarquist@mofo.com

Corinna Alanis
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW, Suite 6000
Washington, DC 20006
T: (202) 887-1500
F: (202) 887-0763
calanis@mofo.com

***Counsel for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2017, I electronically filed the foregoing JOINT MOTION TO STAY LITIGATION with the Clerk of the Court using the CM/ECF system, and was sent to all counsel of record.

                                                  /s/ *Tigran Vardanian*
                                                  Tigran Vardanian